**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOANN M. O. RANGEL, SB#200228
2020 West El Camino Avenue, Suite 00
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

LANE J. ASHLEY, SB# 073296
JAMIE L. VELS, SB# 156469
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff Stonington Insurance Company

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| STONINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ADAMS; CREATIVE FRONTIERS SCHOOL, INC.; SAUNDRA ADAMS; AO DOE; BR DOE, BY AND THROUGH HER GUARDIAN AD LITEM, C DOE; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-02577-MCE-DB<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR EXCHANGE OF INITIAL DISCLOSURES PURSUANT TO FRCP 26**<br><br>Action File:   10/28/16<br>Trial Date:    None Set |

Pursuant to Local Rule 144(a), the parties hereto, Plaintiff Stonington Insurance Company; Defendants Robert Adams, Saundra Adams, Creative Frontiers School, Inc. (the "Adams Defendants"); Defendant AO Doe and Defendant BR Doe, by and through her Guardian Ad Litem C Doe (collectively the "Parties"), submit the following stipulation and [proposed] order to extend the time for exchanging Initial Disclosures pursuant to FRCP 26(a)(1)).

4844-0022-6112.1

1  The Parties stipulate that good cause exists to extend the deadline for the Parties' Initial Disclosures based on the pending motion to dismiss or in the alternative, stay this lawsuit (the "Motion to Stay") filed by the Adams Defendants on February 10, 2017 and scheduled for hearing before this Court on February 23, 2017. The Parties stipulate to extend the deadline for exchanging their Initial Disclosures to (1) March 2, 2017 or (2) seven (7) days from the date the Court issues its ruling on the Motion for Stay, whichever is later.

IT IS SO STIPULATED.

DATED: January 24, 2017        LEWIS BRISBOIS BISGAARD & SMITH LLP


By:    /s/
       Lane J. Ashley
       Jamie L. Vels
       JoAnn Rangel
       Attorneys for Plaintiff Stonington
       Insurance Company

DATED: January 24, 2017        FARMER SMITH & LANE LLP


By:    /s/
       Blane A. Smith, Esq.
       Eric Brenneman, Esq.
       Farmer Smith & Lane LLP
       Attorneys for Defendants
       Robert Adams, Saundra Adams, Creative
       Frontiers School, Inc.

DATED: January 20, 2017         LAW OFFICES OF JOSEPH C. GEORGE, Ph.D.

By:      /s/
Joseph C. George, Esq.
Joseph C. George, Jr., Esq.
Attorneys for Defendants
AO Doe and BR Doe, by and through her Guardian Ad Litem C Doe

## ORDER

PURSUANT TO STIPULATION and based on the existence of good cause, it is hereby ordered that the deadline for the Parties' exchange of their Initial Disclosures (pursuant to FRCP 26(a)(1)) shall be extended to (1) March 2, 2017 or (2) seven (7) days from the date of the Court's ruling on the Motion to Stay, whichever is later.

**IT IS SO ORDERED**.

Dated: January 25, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE